UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

VIDA LONGEVITY FUND, LP, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

-against-

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,

                      Defendant.

-------------------------------------------------------------x

19-cv-6004 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant's motion to transfer this case to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a). ECF No. 22. Plaintiff is hereby **ORDERED** to respond to Defendant's motion on or before December 2, 2019.

**SO ORDERED.**

Dated:     November 20, 2019
               New York, New York

                                              **HON. ANDREW L. CARTER, JR.**
                                              **United States District Judge**