USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/16/2021____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VIDA LONGEVITY FUND, LP,** *on behalf of itself and all others similarly situated*,

                **Plaintiff,**

-against-

**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**

                **Defendant.**

**19-cv-06004 (ALC) (DCF)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters regarding Plaintiff's request for a pre-motion conference in connection with Plaintiff's anticipated motion for class certification. ECF Nos. 73, 74. Upon review of the submissions, the Court denies Plaintiff's request for a pre-motion conference. The parties are hereby ORDERED to brief the motion for class certification in accordance with Judge Freeman's briefing schedule. ECF Nos. 64, 68.

**SO ORDERED.**

**Dated:**     **June 16, 2021**
              **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**