| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 1/18/2022 |
| **VIDA LONGEVITY FUND, LP**, *on behalf of itself and all others similarly situated*,<br><br>                **Plaintiff,**<br><br>-against-<br><br>**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**<br><br>                **Defendant.** | **19-cv-06004 (ALC) (DCF)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's submission, Declaration of John F. La Salle, dated September 24, 2021. ECF No. 107. The attachments to this filing include an unredacted copy of Plaintiff's Memorandum of Law in Support of Motion for Class Certification. Plaintiff is directed to write to the Court confirming that this copy, ECF No. 107-8, is a true and correct copy of their supporting memorandum. Such submission should be made **January 25, 2022**.

       The Parties have also submitted motions to seal in connection with the pending motion for class certification but neglect to provide justification for the sealing of these documents. At this stage in the litigation, the Parties must make "a particular and specific demonstration of fact showing that disclosure would result in an injury sufficiently serious to warrant protection." *In re Parmalat Secs. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009) (citing *Cipollone v. Liggett Grp., Inc.*, 785 F.2d 1108, 1121 (3d Cir. 1986)).

       The Parties are hereby **ORDERED** to provide justification for their respective motions to seal by **February 8, 2022**.

**SO ORDERED.**

Dated:    **January 18, 2022**
            **New York, New York**

                                                    **_____**
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**