| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 2/1/2022 |

**VIDA LONGEVITY FUND, LP**, *on behalf of itself and all others similarly situated*,

                      **Plaintiff,**

-against-

**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**

                      **Defendant.**

**19-cv-06004 (ALC) (DCF)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's letter dated January 25, 2022. ECF No. 115. The Court kindly requests that the Parties submit courtesy copies of ECF No. 107 and attachments via email.

**SO ORDERED.**

Dated:    **February 1, 2022**
            **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**