UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VIDA LONGEVITY FUND, LP,** *on behalf of itself and all others similarly situated*<br><br>                              **Plaintiff,**<br><br>            -against-<br><br>**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**<br><br>                              **Defendant.** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/15/2022<br><br>19-cv-06004 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the parties' joint stipulation and proposed order filed on November 9, 2022. ECF No. 138. The parties are directed to adhere to the following briefing schedule.

   Any motion for summary judgment shall be filed by **January 19, 2023**;

   Any opposition to a motion for summary judgement shall be filed by **March 20, 2023**;

   Any reply brief in further support of summary judgment shall be filed by **April 19, 2023**.

**SO ORDERED.**

**Dated:**   November 15, 2022
              New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**