USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIDA LONGEVITY FUND, LP, *on behalf of itself and all others similarly situated*,

       **Plaintiff,**

-against-

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,

       **Defendant.**

---

19-CV-06004 (ALC)

OPINION AND ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on March 29, 2024, the Court sets the following briefing schedule as to Plaintiff's motion requesting an injunction:

- **April 12, 2024:** Defendant to file their opposition to Plaintiff's motion for an injunction.
- **April 19, 2024:** Plaintiff's reply to Defendant's opposition, if any, is due by this date.

The Court also **GRANTS** Defendant leave to file their anticipated motion to stay and sets the following briefing schedule:

- **April 12, 2024:** Defendant to file their motion.
- **April 26, 2024:** Plaintiff's opposition filing.
- **May 3, 2024:** Defendant's reply, if any.

**SO ORDERED.**

Dated: **March 29, 2024**
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**