USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIDA LONGEVITY FUND, LP,

        Plaintiff,

-against-

LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,

        Defendant.

19-CV-06004 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Clerk of the Court is respectfully directed to terminate the motion docketed at ECF No.176. Plaintiff's motion to seal their opposition letter to Defendant's motion is **GRANTED in part and DENIED in part** for those reasons stated in the Court's Opinion and Order at ECF No. 212.

**SO ORDERED.**

**Dated:  March 29, 2024**
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**