SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

SETH ARD
DIRECT DIAL (212) 471-8354

E-MAIL sard@susmangodfrey.com

August 12, 2026

Honorable Valerie Figueredo,
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re: *Vida Longevity Fund, LP v. Lincoln Life & Annuity Company of New York*, No. 19-CV-06004-ALC-VF

Dear Magistrate Judge Figueredo,

We are court-appointed Class Counsel that represents the certified Class in the above-captioned class action, consisting of owners of certain universal life insurance policies issued by Defendant Lincoln Life & Annuity Company of New York ("LLANY"). After this Court denied LLANY's motion for summary judgment in part, *see* ECF 212, this action was temporarily stayed pending the resolution of the class action approval process in a case entitled *Glover, et al. v. Connecticut General Life Insurance Company, et al.* 16-CV-00827-MPS (D. Conn.). Despite LLANY not being a defendant in that action, LLANY's counsel had secretly negotiated with different plaintiffs' counsel to try to extinguish the Class's claims in this case through a $147.5 million class settlement submitted to a federal court in Connecticut. *See* ECF Nos. 252, 261. The Court-appointed Class Representative here, along with others, objected to final approval of the *Glover* settlement and appealed to the Second Circuit.

LLANY told this Court when moving for the stay: "The Court should apply its discretion to stay this action pending resolution of the class action approval process in *Glover*…. The requested stay here is temporary—until the settlement approval process in *Glover* is resolved." ECF 227 at 1, 13; *see also* ECF 262 ("The parties agree that this case should remain stayed until the *Glover* Appeal is resolved."). This "temporary" stay has now been in effect for over two years. *See* ECF 252 (June 25, 2024 Order granting stay).

Attached to this letter is the *Glover* panel's opinion, issued yesterday, decertifying the *Glover* settlement class, and vacating the *Glover* judgment. *See also* --- F.4th ---, 2026 WL 2300544 (2d Cir. Aug. 11, 2026).

The Class accordingly requests that the Court lift the stay in this action and schedule a status conference in order to set a date for the jury trial.

Sincerely,

Seth Ard

Encl. (*Glover* Second Circuit Opinion)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 8/13/2026**

The stay is hereby LIFTED.