UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vida Longevity Fund LP

Plaintiff,

19-CV-6004 (ALC)

- against -

**ORDER.**

Lincoln Life & Annuity Company of New York

Defendants.

------------------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules an in-person conference **August 27, 2026 at 3 pm**. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. The Parties should be prepared to discuss the status of settlement.

**SO ORDERED.**

**Dated:** **August 13, 2026**
**New York, New York**

ANDREW L. CARTER, JR.
United States District Judge