**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

**VIDA LONGEVITY FUND, LP,**

**Plaintiff,**

**-against-**

**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**

**Defendant.**

--------------------------------------------------------- x

**1:19-cv-06004-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules an in-person conference for **November 10, 2026, at 4 PM**. The Parties should appear at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 444 on the date and time specified above. The Parties should be prepared to discuss the status of settlement.

**SO ORDERED.**

**Dated:** October 21, 2026

**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**