**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VIDA LONGEVITY FUND, LP,**

**Plaintiff,**

**-against-**

**LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**

**Defendant.**

---

**1:19-cv-6004 (ALC)**

**<u>ORDER GRANTING STAY</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 10, 2026, the Court held a telephonic conference with the Parties. Agreeing that the claims in this case will be resolved if the settlement in *District of Connecticut: Glover v. Connecticut General and Lincoln National Life Insurance Company*, No. 3:16-cv-00827-MPS (D. Conn.) is approved, the Court will stay proceedings in this case pending settlement rejection or approval in *Glover*.

The Parties should submit a joint status report no later than January 21, 2027, informing the Court of the status of *Glover*. If there is a substantive update before then, the Parties should submit a joint status report as soon as practicable.

**SO ORDERED.**

**Dated:** November 10, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**